AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rice, David E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, District of MD | 3. Date of Report<br><br>09/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>101 W. Lombard Street<br>Chambers 9636<br>Baltimore, MD 21201 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Egenton Home, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar Association for the District of Maryland | 5/3-5/4-2013 | Annapolis, MD | Seminar | Meals, hotel |
| 2. | American Bankruptcy Institute | 8/8-8/9-2013 | Hershey, PA | Seminar | Meals, hotel |
| 3. | National Conference of Bankruptcy Judges | 10/30-11/2-2013 | Atlanta, GA | Seminar | Hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Accounts | A | Interest | M | T | | | | | |
| 2. Pentagon FCU Account | A | Interest | J | T | | | | | |
| 3. APG FCU Account | A | Interest | J | T | | | | | |
| 4. USAA Federal Accounts | A | Interest | K | T | | | | | |
| 5. New Perspective Mutual Fund | B | Dividend | K | T | | | | | |
| 6. McCormick Common (MKC) | A | Dividend | K | T | | | | | |
| 7. PNC Bank IRA's CD's | A | Interest | K | T | | | | | |
| 8. TD Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 9. Facebook, Inc. (FB) | | None | J | T | | | | | |
| 10. Groupon, Inc. (GRPN) | | None | J | T | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. Artisan Midcap Value Inv. Fund (ARTOX) | B | Dividend | J | T | Buy (add'l) | 11/08/13 | J | | |
| 13. | | | | | Sold (part) | 03/08/13 | J | A | |
| 14. | | | | | Sold (part) | 09/13/13 | J | A | |
| 15. Blackrock Inflation Prot. Bond A Fund (BPRAX) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 16. PIMCO Emerging Mkts Bond A Fund (PAEMX) | A | Dividend | | | Sold (part) | 03/08/13 | J | A | |
| 17. | | | | | Sold | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EV Income Fund of Boston A (EVIBX) | A | Dividend | J | T | Sold | 03/08/13 | K | A | |
| 19. | | | | | Buy | 11/18/13 | J | | |
| 20. Ivy Mid Cap Growth A Fund (WMGAX) | A | Dividend | J | T | Buy (add'l) | 11/08/13 | J | | |
| 21. | | | | | Sold (part) | 03/08/13 | J | A | |
| 22. | | | | | Sold (part) | 09/13/13 | J | A | |
| 23. Invesco Premier Inst. Money Mkt Fund | A | Dividend | J | T | | | | | |
| 24. Citibank deposit account | A | Interest | L | T | | | | | |
| 25. IBM Common (IBM) | A | Dividend | K | T | | | | | |
| 26. Invesco Van Kampen Comstock Fund (ACSTX) | B | Dividend | L | T | Sold (part) | 03/08/13 | J | B | |
| 27. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 28. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 29. Cambiar Small Cap Fund (CAMSX) | B | Dividend | J | T | Sold (part) | 09/13/13 | J | A | |
| 30. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 31. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 32. Alliance Bernstein Small Cap Growth Fund (QUAYX) | B | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 33. | | | | | Sold (part) | 09/13/13 | J | A | |
| 34. | | | | | Sold (part) | 11/08/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Select Large Cap Growth Fund (ELGAX) | C | Dividend | L | T | Sold (part) | 03/08/13 | J | A | |
| 36. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 37. | | | | | Sold (part) | 09/13/13 | J | B | |
| 38. Dreyfus Emerging Markets Fund (DRFMX) | C | Dividend | K | T | Buy (add'l) | 09/13/13 | J | | |
| 39. | | | | | Sold (part) | 03/08/13 | J | A | |
| 40. | | | | | Sold (part) | 11/08/13 | J | A | |
| 41. Nuveen Tradewinds International Value Fund (NAIGX) | C | Dividend | L | T | Buy (add'l) | 03/08/13 | J | | |
| 42. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 43. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 44. Pimco Foreign Bond Fund (PFOAX) | A | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 45. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 46. | | | | | Sold (part) | 11/08/13 | J | A | |
| 47. Pimco Total Return Fund (PTTDX) | B | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 48. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 49. | | | | | Sold (part) | 11/08/13 | J | A | |
| 50. Blackrock Low Dur Bond Fund Inv A (BLDAX) | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 51. | | | | | Buy (add'l) | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 53. IRA #1 | E | Dividend | O | T | | | | | |
| 54. iShares Barclays Short Treasury Bond Fund (SHV) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 55. | | | | | Sold | 03/08/13 | J | A | |
| 56. SPDR Barclays Capital High Yield Bond ETF (JNK) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 57. | | | | | Sold (part) | 03/08/13 | K | A | |
| 58. Dreyfus Liquid Assets Inc. (nowMSLiquidAssetFund) | | | | | | | | | |
| 59. Vanguard Mid-Cap Value Index Fund (VOE) | | | | | Buy (add'l) | 03/08/13 | J | | |
| 60. Cambiar Opportunity Fund (CAMWX) | | | | | Buy (add'l) | 03/08/13 | J | | |
| 61. Blackrock Inflation Protection Bond Portfolio (BPRIX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 62. | | | | | Sold (part) | 03/08/13 | J | A | |
| 63. Cohen and Steers Realty Shares Fund (CSRSX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 64. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 65. | | | | | Sold (part) | 03/08/13 | J | A | |
| 66. Franklin Templeton Total Return Fund (FBDAX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 67. | | | | | Sold (part) | 03/08/13 | J | A | |
| 68. Godman Sachs Absolute Return Fund (GJRTX) | | | | | Buy (add'l) | 01/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 70. Ivy Mid Cap Growth Fund (IYMIX) | | | | | Buy (add'l) | 03/08/13 | J | | |
| 71. Janus Overseas Fund (JIGFX) | | | | | Sold | 02/19/13 | L | A | |
| 72. JP Morgan Dynamic Small Cap Growth Fund (JDSCX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 73. | | | | | Sold (part) | 03/08/13 | J | A | |
| 74. Mainstay Large Cap Growth Fund (MLAIX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 75. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 76. Pimco Emerging Local Bond Fund (PELPX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 77. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 78. | | | | | Sold (part) | 03/08/13 | J | A | |
| 79. Pimco Commodity Real Return Strategy Fund (PCRPX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 80. | | | | | Buy (add'l) | 03/08/13 | K | | |
| 81. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 82. Royce Premier Fund (RYPRX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 83. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 84. Guggenheim ManFutStratFD (RYMFX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 85. | | | | | Sold (part) | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Templeton Global Bond Fund (TGBAX) | | | | | Buy (add'l) | 01/04/13 | J | | |
| 87. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 88. Wells Fargo Adv Em Markets Growth Fund (EMGYX) | | | | | Buy (add'l) | 03/08/13 | J | | |
| 89. Vanguard Short Term Bond Fund (BSV) | | | | | Buy | 03/08/13 | J | | |
| 90. Harding Loevner Int'l Equity Fund (HLMIX) | | | | | Buy | 02/19/13 | L | | |
| 91. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 92. Metropolitan West Total Return Bond Fund (MWTIX) | | | | | Buy | 06/14/13 | K | | |
| 93. Invesco Premier Portfolio Money Market Fund (IPPXX) | | | | | Buy | 03/08/13 | J | | |
| 94. IRA #2 | B | Interest | M | T | | | | | |
| 95. GE Cap Ret Bank (CD) | | | | | Matured | 03/14/13 | K | | |
| 96. Sovereign Bank (CD) | | | | | Matured | 09/12/13 | K | | |
| 97. Morgan Stanley Bank deposit account | | | | | | | | | |
| 98. Fifth Third Bank (CD) | | | | | Buy | 02/15/13 | K | | |
| 99. Gateway Bank (CD) | | | | | Buy | 02/15/13 | K | | |
| 100. BMO Harris Bank (CD) | | | | | Buy | 08/16/13 | K | | |
| 101. Trust #1 | D | Int./Div. | M | T | | | | | |
| 102. Comerica Bank deposit account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MBIA Bond | | | | | | | | | |
| 104. Duke Energy Common (DUK) | | | | | | | | | |
| 105. Frontier Comm Common (FTR) | | | | | Sold | 02/19/13 | J | A | |
| 106. Spectra Energy Common (SE) | | | | | | | | | |
| 107. American High Income Trust CL A Fund (AHITX) | | | | | Sold | 02/19/13 | K | A | |
| 108. Calamos Growth & Income Fund B (CVTYX) | | | | | Sold | 02/19/13 | J | A | |
| 109. Capital Income Builder Fund A (CAIBX) | | | | | Sold | 02/19/13 | J | B | |
| 110. Oppenheimer Rochester Natl Mun A Fund (ORNAX) | | | | | | | | | |
| 111. Oppenheimer SR Floating Rate A Fund (OOSAX) | | | | | | | | | |
| 112. Washington Mutual Invs FDCLA fund (AWSHX) | | | | | | | | | |
| 113. Kinder Morgan Energy Partners (KMP) | | | | | | | | | |
| 114. Allianzgi Income Growth Fund (AZNCX) | | | | | Buy | 02/20/13 | K | | |
| 115. Pimco Emerging Markets Bond Fund (PEBCX) | | | | | Buy | 02/20/13 | J | | |
| 116. Mineral Rights, Dimmit County, TX | | None | K | W | | | | | |
| 117. Mineral Rights, Canadian County, OK | D | Royalty | K | W | | | | | |
| 118. Mineral Rights, Franklin County, AR | | None | K | W | | | | | |
| 119. Mineral Rights, Lincoln County, OK | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   Mineral Rights, Pontotoc County, OK | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, David E. | 09/04/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Western Asset Money Market Fund (LMTXX) identified in Part VII, page 6, line 41 and 42 of the Report for 2012 was sold in its entirety on 6/22/12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544